# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHELLE K. ADAMS  
610 N. CENTER STREET  
ROCKTON, IL 61072  

SSN-xxx-xx-8524

Case Number: 05-70253

Case filed on: 1/25/2005  
Plan Confirmed on: 3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,313.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHELLE K. ADAMS | 0.00 | 0.00 | 9.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 9.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 7,500.00 | 7,500.00 | 7,500.00 | 1,012.67 |
|  | Total Secured | 7,500.00 | 7,500.00 | 7,500.00 | 1,012.67 |
| 001 | AMERICAN GENERAL FINANCE | 8,240.17 | 8,240.17 | 348.32 | 0.00 |
| 002 | AURORA LOAN SERVICES INC | 73,000.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 3,977.06 | 3,977.06 | 168.11 | 0.00 |
| 004 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 3,133.34 | 3,133.34 | 132.45 | 0.00 |
| 006 | THOMAS MOSS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NICOR GAS | 566.69 | 566.69 | 23.96 | 0.00 |
| 008 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SCOTT A. ADAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | VICTORIA'S SECRET | 44.80 | 44.80 | 1.89 | 0.00 |
|  | Total Unsecured | 88,962.06 | 15,962.06 | 674.73 | 0.00 |
|  | Grand Total: | 97,826.06 | 24,826.06 | 9,547.73 | 1,012.67 |

Total Paid Claimant: $10,560.40  
Trustee Allowance: $752.60  
Percent Paid Unsecured: 4.23

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009      By /s/Heather M. Fagan